AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Finnegan, Sheila M. | District Court - Northern District of Illinois | 07/19/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT)_ | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

219 S. Dearborn Street
Room 2206
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Northwestern University Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Securitas (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | The Sedona Conference | 03/20/2012-03/22/2012 | San Diego, CA | Speak on e-discovery panels at Sedona Conference | travel, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 07/19/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 07/19/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Templeton Growth Fund-A (TEPLX) | A | Dividend | K | T | | | | | |
| 2. New England Life Ins. Variable Life - SF (MetLife Stk Index) | B | Int./Div. | K | T | | | | | |
| 3. Everbank Checking | A | Interest | J | T | | | | | |
| 4. U.S. Employee Credit Union Checking and Saving | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. Iconix Brand Group, Inc. (ICON) | | | J | T | | | | | |
| 7. Brokerage Account 1 (Fidelity) | | | | | | | | | |
| 8. -Fidelity Municipal Money Market | C | Interest | M | T | | | | | |
| 9. -Chicago IL Govt Bond 1/1/2016 | B | Interest | | | Sold | 01/15/13 | K | B | |
| 10. -Collier Cnty FLA Bond 10/1/2013 | A | Interest | | | Sold | 01/30/13 | K | A | |
| 11. -FL State Dept Gen Svcs Bond 9/1/2014 | A | Interest | K | T | | | | | |
| 12. -U.S. Treas Nts TIPS 4/15/2014 | A | Interest | K | T | | | | | |
| 13. -Merck & Co.(formerly Schering Plough) | A | Dividend | J | T | | | | | |
| 14. -VEU (Vanguaard Intl Equity Index Fd FTSE All World Ex US) | A | Int./Div. | J | T | | | | | |
| 15. -POT (Potash) | | | | | Sold | 08/05/13 | J | A | |
| 16. -VTI (Vanguard Index Total Stk Mkt ETF) | B | Int./Div. | M | T | Buy | 01/23/13 | L | | |
| 17. | | | | | Buy (add'l) | 01/24/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 02/05/13 | K | | |
| 19. | | | | | Buy (add'l) | 02/07/13 | K | | |
| 20. -SPY (SPDR S&P 500 ETF) | | | L | T | Buy | 06/20/13 | K | | |
| 21. | | | | | Buy (add'l) | 06/25/13 | K | | |
| 22. Brokerage Acct 2 (UBS- 08 to Fidelity ) | | | | | | | | | |
| 23. -RMA Money Mkt Portfolio | A | Dividend | K | T | | | | | |
| 24. -Charlottesville Va Bond 7/15/15 | A | Interest | K | T | Sold (part) | 01/25/13 | J | A | |
| 25. -Charleston Cnty SC BE/R 4.250 110115 dtd 050206 | B | Interest | K | T | | | | | |
| 26. -New York NY Fiscal Ser Bond Mand Sink Fnd 10/15/16 | B | Interest | K | T | | | | | |
| 27. -Chicago IL Wstwtr Transm Rev Ser B FGIC 010117 Dtd 112106 | B | Interest | K | T | | | | | |
| 28. -Dallas Fort Worth Tx In Sr A Rv BE/R 5.000 110115 DTD 09010 | B | Interest | | | Sold | 01/25/13 | K | A | |
| 29. -Denton Texas Util Sys Rev FSA B/E /R 5.000 120117 DTD 05150 | B | Interest | K | T | | | | | |
| 30. -Georgia State Ser V /R/5.000 070116 Dtd 070198 | B | Interest | K | T | | | | | |
| 31. -Illinois St NPFG Bd/R/5.000 090114 DTD 092804 | A | Interest | | | Sold | 12/13/13 | K | A | |
| 32. -Illinois St Sync Cr/R/5.500 080115 DTD 080102 | B | Interest | | | Sold | 01/15/13 | K | A | |
| 33. -Western Minn Mun Pwr Agy Ser B Rev NPFG B/E /R/5.000 010115 | B | Interest | K | T | | | | | |
| 34. -Humble Tx Indpt Sch Bond 2/15/19 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 07/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Port St. Lucie Fl U/Rev Rev NPFG B/E /R/ | B | Interest | K | T | | | | | |
| 36. -Monroe Cnty NY AGC BE/R/ | A | Interest | | | Sold | 01/15/13 | K | A | |
| 37. -Hamilton Cnty Oh SWR Sys Imp Rev 06A NPFG B/E /R/ | A | Interest | K | T | | | | | |
| 38. -Maryland St. Sr A BE/R/ | B | Interest | K | T | | | | | |
| 39. -NARAX (Virtus Mult-sector Short term bond) | A | Dividend | | | Sold | 03/04/13 | K | B | |
| 40. -EVBLX (Eaton Vance Floating Rate Fund Class A) | A | Dividend | | | Sold | 03/06/13 | K | B | |
| 41. -PUBAX (Pimco Unconstrained Bond Fund Class A) | A | Dividend | | | Sold | 11/21/13 | K | A | |
| 42. -PTTAX (Pimco Total Return Fund Class A) | A | Dividend | | | Sold | 11/21/13 | J | A | |
| 43. -HFLAX (Hartford Floating Rate Fund Class A) | A | Dividend | | | Sold | 11/21/13 | J | A | |
| 44. -DLTNX (Double Line Total Return Fund) | A | Dividend | | | Sold (part) | 03/04/13 | K | A | |
| 45. | | | | | Sold | 03/11/13 | J | A | |
| 46. Brokerage acct 3 (Fid/Breck) | | | | | | | | | |
| 47. -Hawaii Cnty 0 BDS Ser 20048 5.0% 7/15/14 TRD | A | Interest | | | Sold | 08/16/13 | K | A | |
| 48. -Arizona St Transn Brd Hwy Rev Bds Ser | B | Interest | K | T | Buy | 01/08/13 | K | | |
| 49. -Collin Cnty Tex Ultd Tax Rd and Ref Bds | A | Interest | K | T | Buy | 12/12/13 | K | | |
| 50. -Honolulu Hawaii City & Cnty Wastewtr Sys | A | Interest | K | T | Buy | 01/09/13 | K | | |
| 51. -Elk Grove Village GO Bds Ser | A | Interest | K | T | Buy | 01/17/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 07/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -King Cnty Wash Swr Rev | B | Interest | K | T | Buy | 01/11/13 | K | | |
| 53. -Mississippi St GO Ref Bds | B | Interest | | | Buy | 01/04/13 | K | | |
| 54. | A | Interest | | | Sold | 06/24/13 | K | A | |
| 55. -Naperville ILL GO Ref BDS Ser | | | K | T | Buy | 01/04/13 | L | | |
| 56. -Ohio State Infrastr Impt GO Rev | A | Interest | L | T | Buy | 01/09/13 | L | | |
| 57. -Ohio St Univ Gen Rcpts | A | Interest | L | T | Buy | 01/16/13 | L | | |
| 58. -Orange Cnty Fla Sales Tax Rev | A | Interest | L | T | Buy | 02/04/13 | L | | |
| 59. -Redmond Wash Ref Bds Ser | A | Interest | K | T | Buy | 08/15/13 | K | | |
| 60. -Tempe Ariz GO Bds Ser | A | Interest | K | T | Buy | 06/19/13 | K | | |
| 61. -Texas St Univ Sys Fing Rev | A | Interest | K | T | Buy | 01/10/13 | K | | |
| 62. -Triborough Brdg & Tunl Auth | A | Interest | K | T | Buy | 01/11/13 | K | | |
| 63. -Washington St Motor Vhcle Fuel Tax GO | A | Interest | K | T | Buy | 01/09/13 | K | | |
| 64. -Winnebago Cnty Ill Go Alt Ref BDS | A | Interest | K | T | Buy | 01/25/13 | K | | |
| 65. Rollover IRA SF (UBS-83) | E | Int./Div. | N | T | | | | | |
| 66. -UBS Liquid Assets Fund | | | | | | | | | |
| 67. -GE Bond 2/1/13 | | | | | Matured | 02/01/13 | K | A | |
| 68. -CVS Corp Bond 9/15/14 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 07/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Goldman Sachs Group Inc Bond 1/15/15 | | | | | | | | | |
| 70. -Anheuser Busch Co. Bond 2/1/15 | | | | | | | | | |
| 71. -Cisco Systems Inc Bond 2/22/16 | | | | | | | | | |
| 72. -Metlife Inc NTS 05.000% 061515 Drd062305 FC 121505 call@M/W | | | | | | | | | |
| 73. -TimeWarner Cable Inc 05.850% 050117 Dtd040907 FC110107 call | | | | | | | | | |
| 74. -EVBLX (Eaton Vance Floating Rate Fund) | | | | | Sold | 11/21/13 | L | A | |
| 75. -NARAX (Virtus Multi-Sector Short Term Bond Fund) | | | | | Sold | 11/21/13 | K | A | |
| 76. -PUBAX (Pimco Unconstrained Bond Fund Class A) | | | | | Sold | 11/21/13 | K | A | |
| 77. -HFLAX (Hartford Floating Rate Fund Class A) | | | | | Sold | 11/21/13 | K | A | |
| 78. -PTTAX (Pimco Total Return Fund Class A) | | | | | Sold | 11/21/13 | K | A | |
| 79. -DLTNX (Double Line Total Return Fund) | | | | | Sold | 11/21/13 | K | A | |
| 80. -VTI (Vanguard Index Total Stk Mkt ETF) | | | | | Buy | 01/31/13 | K | | |
| 81. Rollover IRA SF 2 (UBS-84) | E | Int./Div. | O | T | | | | | |
| 82. -UBS Liquid Assets Fund | | | | | | | | | |
| 83. -IWM (Ishares Trust Russell 2000 Index Fd) | | | | | | | | | |
| 84. -IWD (Ishares Trust Russell 1000 Value Index Fd) | | | | | | | | | |
| 85. -IWF (Ishares Trust Russell 1000 Growth Index Fd) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 07/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -IWR (Ishares Trust Russell Midcap Index Fd) | | | | | | | | | |
| 87. -VWO (Vanguard Intl Equity Index Fd Emerging Markets ETF) | | | | | | | | | |
| 88. -VEU (Vanguard Intl Equity Index Fd Inc FSTE All-World EX-US | | | | | | | | | |
| 89. -PGMAX (Pimco Global Multi Asset Fund Cl A) | | | | | | | | | |
| 90. -EWG (Ishares Inc MISCI Germany Index Fund) | | | | | | | | | |
| 91. -EWJ (Ishares Inc MSCI Japan Index Fd) | | | | | | | | | |
| 92. -ARBFX (Arbitrage Fund No Load Class) | | | | | Sold | 11/21/13 | K | A | |
| 93. -PJMDX (Putnam Absolute Return 500 Class A) | | | | | Sold | 11/21/13 | K | A | |
| 94. -JSOAX (JP Morgan Strategic Income Opportunities Fund) | | | | | Sold | 11/21/13 | K | A | |
| 95. -EAGMX (Eaton Vance Global Macro Absolute Return Fund A) | | | | | Sold | 03/04/13 | K | B | |
| 96. -CLSVX (CBRE Clarion Long/Short Fd Inv) | | | | | Sold | 11/21/13 | K | A | |
| 97. IRA Rollover Acct KS (Fidelity) | D | Int./Div. | M | T | | | | | |
| 98. -U.S. Treas Nts TIPS 4/15/2014 | | | | | | | | | |
| 99. -BEARX (Fed. Prudent Bear Fund Class A) | | | | | Sold | 01/10/13 | K | A | |
| 100. -OPGSX (Oppenheimer Gold & Spec Minerals Cl A) | | | | | | | | | |
| 101. -PRPFX (Permanent Portfolio) | | | | | | | | | |
| 102. -TIP (Ishares Barclays TIP Secs Fd) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 07/19/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -WASAX (Ivy Asset Strategy Cl A) | | | | | | | | | |
| 104. Roth IRA Accts KS (Fidelity) | A | Int./Div. | L | T | | | | | |
| 105. -FDRXX (Fidelity Cash Reserves) | | | | | | | | | |
| 106. -SPHIX (Fidelity High Income) | | | | | | | | | |
| 107. -POT (P:otash Corp) | | | | | Sold | 08/06/13 | J | A | |
| 108. -CUT (Claymore Exch Traded Fd Tr Global Bimber) | | | | | | | | | |
| 109. -DBV (Powershares DB G10 Currency Harvest Com Ut Ben Int) | | | | | | | | | |
| 110. -DBC (Powershares DB Commod. Index Tracking FD Unit Ben Int) | | | | | | | | | |
| 111. -MEDAX (MFS Emerging Mkts Debt Cl A) | | | | | Sold | 01/23/13 | K | A | |
| 112. -TPINX (Templeton Global Bond Class A) | | | | | Sold | 02/05/13 | K | A | |
| 113. -VTI (Vanguard Index Total Stk Mkt ETF) | | | | | Buy | 02/05/13 | J | | |
| 114. Roth IRA SF 1 (Fidelity) | A | Int./Div. | K | T | | | | | |
| 115. -FDRXX (Fidelity Cash Reserves) | | | | | | | | | |
| 116. -SPHIX (Fidelity High Income) | | | | | | | | | |
| 117. -POT (Potash Corp) | | | | | Sold | 08/06/13 | J | A | |
| 118. Roth IRA UBS 10 (to Fid 77) | A | Int./Div. | K | T | | | | | |
| 119. Roth IRA SF 2 (Fid 77) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 07/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -ARDNX (Arden Alternative Strategies Class I) | | | | | Sold | 11/22/13 | J | A | |
| 121. -FAUDX (Strategic Advisers Short Duration Fund) | | | | | Sold | 11/22/13 | J | A | |
| 122. -FCSAX (Strategic Advisers Core Fund) | | | | | Sold | 11/22/13 | J | A | |
| 123. -FILFX (Strategic Advisers Intl Fund) | | | | | Sold | 11/22/13 | J | A | |
| 124. -FNSXX (FIMM Mmkt Port Inst Cl) | | | | | Sold | 11/22/13 | J | A | |
| 125. -FPCIX (Strategic Advisers Core Income Fund) | | | | | Sold | 11/22/13 | J | A | |
| 126. -FSAGX (Fidelity Select Gold) | | | | | Sold | 11/22/13 | J | A | |
| 127. -FSAMX (Strategic Advisers Emerging Markets) | | | | | Sold | 11/22/13 | J | A | |
| 128. -FSCFX (Strategic Advisers Small-Mid Cap Fd) | | | | | Sold | 11/22/13 | J | A | |
| 129. -FSGFX (Strategic Advisers Growth Fund) | | | | | Sold | 11/22/13 | J | A | |
| 130. -FTBFX (Fidelity Total Bond) | | | | | Sold | 11/22/13 | J | A | |
| 131. -FUSOX (Strategic Advisers US Oppty Fund) | | | | | Sold | 11/22/13 | J | A | |
| 132. -FVSAX (Strategic Advisers Value Fund) | | | | | Sold | 11/22/13 | J | A | |
| 133. -MERFX (Merger Fund) | | | | | Sold | 11/22/13 | J | A | |
| 134. -MWLDX (Metropolitan West Low Duration M) | | | | | Sold | 11/22/13 | J | A | |
| 135. -PSFAX (Pimco Short Term Administrative SHS) | | | | | Sold | 11/22/13 | J | A | |
| 136. -PTRAX (Pimco Total Return Administrative SHS) | | | | | Sold | 11/22/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Finnegan, Sheila M. | 07/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -TPINX (Templeton Global Bond Class A) | | | | | Sold | 11/22/13 | J | A | |
| 138. -FPIOX (Strategic Advisers Income Opportunities Fund) | | | | | Sold | 11/22/13 | J | A | |
| 139. Health Savings Account IRA | A | Int./Div. | K | T | | | | | |
| 140. -VEU (Vanguard FTSE AllWorld Ex US ETF) | | | | | | | | | |
| 141. -VFINX (Vanguard 500 Index Fund Investor Shares) | | | | | | | | | |
| 142. -Federated Prime Cash Trust | | | | | | | | | |
| 143. Illinois Bright Start 529 for JS (Index Age Based 18 yrs) | A | Int./Div. | | | Closed | 07/06/13 | K | | |
| 144. Illinois Bright Start 529 for DS (Index Age Based 15-17 yrs) | C | Int./Div. | | | Closed | 07/22/13 | K | | |
| 145. College Invest Stable Value Plus (MetLife) 529 Plan for DS | A | Int./Div. | L | T | Open | 07/22/13 | K | | |
| 146. Utah 529 Plan for DS (Option 9) | B | Int./Div. | K | T | | | | | |
| 147. Illinois Bright Start 529 for MS (Index Age Based 12-14 Yrs) | C | Int./Div. | L | T | | | | | |
| 148. Illinois Bright Start 529 for MS (Index Equity) | C | Int./Div. | J | T | | | | | |
| 149. Utah 529 Plan MS (Option 9) | B | Int./Div. | L | T | | | | | |
| 150. Fidelity 529 Plan MS (MA Portfolio 2015) | A | Int./Div. | J | T | | | | | |
| 151. Illinois College bonds | A | Interest | K | T | | | | | |
| 152. Brokerage Acct JS | A | Int./Div. | K | T | | | | | |
| 153. -FTEXX (Fidelity Municipal Money Market) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 07/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -VTI (Vanguard Index Fds Vanguard Total Stk Mkt ETF) | A | Dividend | J | T | | | | | |
| 155. -SPY (SPDR S&P500 ETF) | A | Dividend | | | Buy | 06/20/13 | J | | |
| 156. | | | | | Sold | 12/27/13 | J | A | |
| 157. Brokerage Acct DS | | | | | | | | | |
| 158. -FTEXX (Fidelity Municipal Money Market) | A | Interest | J | T | | | | | |
| 159. -VTI (Vanguard Index Fds Vanguard Total Stk Mkt ETF) | A | Dividend | J | T | Buy | 02/05/13 | J | | |
| 160. Brokerage Acct MS | | | | | | | | | |
| 161. -FTEXX (Fidelity Municipal Money Market) | A | Interest | J | T | | | | | |
| 162. -VTI (Vanguard Index Fds Vanguard Total Stk Mkt ETF) | A | Dividend | J | T | | | | | |
| 163. Roth IRA JS (Custodian Acct) | A | Int./Div. | K | T | | | | | |
| 164. -VEU (Vanguard Intl Eqty Index FTSE All World Ex US ETF) | | | | | | | | | |
| 165. -VTI (Vanguard Total Stock Mkt) | | | | | | | | | |
| 166. -Charles Schwab Bank | | | | | | | | | |
| 167. Roth IRA DS (Custodian Acct) | A | Int./Div. | J | T | | | | | |
| 168. -Charles Schwab Bank | | | | | | | | | |
| 169. Everbank checking - JS | A | Interest | J | T | | | | | |
| 170. Chase Bank checking - DS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 07/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Chase Bank saving - MS | A | Interest | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 07/19/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 143 to 145: On July 5, 2013, Illinois Brightstart 529 account for JS was closed and funds in the account were transferred to existing Illinois Brightstart 529 account for DS. On July 22, 2013, the Brightstart 529 account for DS was closed when the funds in it were transferred to a newly opened account with College Invest, Stable Value Plus 529 account (operated by MetLife for the State of Colorado).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Sheila M. Finnegan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544